STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,** § § § | Case No. 5:21-cv-08006 |
| Plaintiff, § § | COMPLAINT |
| vs. § § | JURY TRAIL DEMANDED |
| **SMUGMUG, INC.,** § § § | |
| Defendant. § § | |

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against SmugMug, Inc. ("Defendant" or "SmugMug") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a corporation with a place of business at 67 E Evelyn Avenue, Suite 200, Mountain View, CA 94041.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '086 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the SmugMug photo, media, and file storage and sharing system, and any similar products ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> Every photograph has a future. SmugMug is where it happens. Storage, sharing, and security, all in one place.
>
> From phone photographers and casual point-and-shooters to full-time photography professionals, SmugMug is the app of choice for displaying, sharing and protecting your photos from anywhere. Here are just a few of our helpful features:
>
> UNLIMITED STORAGE - Enjoy peace of mind at full resolution. Your photos will be safe and look great at any scale and on any device.

∞
**Storage**
Unlimited, full resolution photo storage.

Source: https://www.smugmug.com/
Source: https://apps.apple.com/us/app/smugmug-store-share-photos/id364894061

> Whether you're in the office or out on the town, you can save every photo with automatic uploading from your desktop or mobile device.

Source: https://www.smugmug.com/features/apps

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., by person, scene, location, date range, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> Here you can find every photo and gallery on your SmugMug site. You can search using keywords, titles, and captions you might have tagged your photos with before you uploaded them, as well as added to your photos after upload, then sort and filter the results to find whatever photo you're looking for.

> *Sort and filter.*
> We'll automatically sort any search results with galleries listed first, then by your most recently taken photos, but you can change this by using the Sort button to sort by capture date instead, as well as reverse the sort order. We'll remember your Sort filter settings as long as you don't clear or reset your browser cookies.

> Use the Date button to select a specific date range. When you're ready to try a different date, select the X next to the date listed at the top of the Date panel.

Source: https://help.smugmug.com/find-photos-and-videos-quickly-using-the-photos-page-SJoSYPxP

COMPLAINT AGAINST DEFENDANT SMUGMUG, INC.

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Share my photos**

Last Update: Jun 2021 • Est. Read Time: 7 MIN

We give you lots of ways to share your photos: from the tried-and-true URL copy-paste maneuver to more advanced ways to share to social media. You can even link your fans directly to your shopping cart to encourage them to buy your gorgeous images!

**Note:** If you have your galleries set to slideshow viewing style, you can access the below share menu options by logging in using the share button that's available in the Organizer. Also, the share button **won't display** if your gallery's Visibility is set to Private.

- Share a photo link
- Share a gallery or slideshow
- Share an app
- Share to social media
  - Facebook
  - Twitter
  - Email
  - Visitor sharing

Source: https://help.smugmug.com/share-my-photos-SJ4mxxD1NHM

19. When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> **Share my photos**
>
> Last Update: Jun 2021 • Est. Read Time: 7 MIN
>
> We give you lots of ways to share your photos: from the tried-and-true URL copy-paste maneuver to more advanced ways to share to social media. You can even link your fans directly to your shopping cart to encourage them to buy your gorgeous images!
>
> **Note:** If you have your galleries set to slideshow viewing style, you can access the below share menu options by logging in using the share button that's available in the Organizer. Also, the share button **won't display** if your gallery's Visibility is set to Private.
>
> - Share a photo link
> - Share a gallery or slideshow
> - Share an app
> - Share to social media
>   - Facebook
>   - Twitter
>   - Email
>   - Visitor sharing

Source: https://help.smugmug.com/share-my-photos-SJ4mxxD1NHM

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## DEMAND FOR JURY TRIAL

23. Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant

who receive notice of the order from further infringement of United States Patent No. 9,936,086 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

    (c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

    (d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

    (e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: October 12, 2021　　　　　　　Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff**